# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FOWLER, | Case No.: 1:13cv00957 DLB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| v. | |
| CDC, et al., | (Documents 3, 4) |
| Defendants. | |

    Plaintiff Kenneth Fowler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on June 24, 2013.

    Along with his complaint, Plaintiff filed a Motion for Class Certification. He seeks to certify a class of "Asatru/Odinic faith practioners" throughout California Department of Corrections and Rehabilitations institutions.

    Plaintiff is not an attorney and he is proceeding without counsel. A pro se litigant simply cannot "fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4); Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (10th Cir. 2000). While a non-attorney proceeding pro se may bring his own claims to court, he may not represent others. E.g., Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008); Fymbo, 213 F.3d at 1321; Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

Therefore, Plaintiff's Motion for Class Certification is DENIED. If the purported class members wish to adjudicate the issues in this complaint, each must file his or her own individual action.

IT IS SO ORDERED.

Dated: **June 26, 2013**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE