UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FOWLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CDC, et al.,<br><br>    Defendants. | ) Case No.: 1:13cv00957 DLB (PC)<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR CLASS CERTIFICATION<br>)<br>) (Documents 3, 4)<br>)<br>)<br>)<br>) |

     Plaintiff Kenneth Fowler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on June 24, 2013.

     Along with his complaint, Plaintiff filed a Motion for Class Certification. He seeks to certify a class of "Asatru/Odinic faith practioners" throughout California Department of Corrections and Rehabilitations institutions.

     Plaintiff is not an attorney and he is proceeding without counsel. A pro se litigant simply cannot "fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4); Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (10th Cir. 2000). While a non-attorney proceeding pro se may bring his own claims to court, he may not represent others. E.g., Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008); Fymbo, 213 F.3d at 1321; Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

1   Therefore, Plaintiff's Motion for Class Certification is DENIED. If the purported class
2 members wish to adjudicate the issues in this complaint, each must file his or her own individual
3 action.

4

5 IT IS SO ORDERED.

6   Dated:   **June 26, 2013**                          /s/ *Dennis L. Beck*
7                                                    UNITED STATES MAGISTRATE JUDGE