# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FOWLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>CDCR, et al.,<br><br>          Defendants. | 1:13cv00957 DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Document 11) |

Plaintiff Kenneth Fowler ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.[1]  Plaintiff filed his complaint on June 24, 2013.

On April 30, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  Id.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 7, 2013.

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on April 30, 2014.

IT IS SO ORDERED.

Dated: __**May 1, 2014**__                    /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE